COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      6130 Al Development Group, LLC, Carlos Moreno, Luis Quiros and Gabor Marquez-Steffani v. Enol Associates, LLC

Appellate case number:   01-19-00546-CV

Trial court case number:  2018-14099

Trial court:              127th District Court of Harris County

Appellee filed a motion to dismiss all claims in this appeal and to dismiss all claims and release the final summary judgment. There is no certificate of conference and appellant filed no response.

Voluntary dismissal by motion is governed by Rule 42.1 *See* TEX. R. APP. P. 42.1. Rule 43 sets out the types of judgments this Court may render. *See* TEX. R. APP. P. 43.2. Appellee's motion does not comply with these rules. The Court is unable to determine what type of judgment the parties agreed upon.

Accordingly, the motion to dismiss filed on October 31, 2019, is **denied** without prejudice to the filing of another motion that complies with Rules 42.1 and 43.2. Appellant's motion to abate the appeal is **granted**. The appeal is abated for **30 days** to permit the parties to file a proper motion concerning their settlement agreement.

It is so ORDERED.

Judge's signature: ___/s/ Richard Hightower_____
                        ☑ Acting individually    ☐ Acting for the Court

Date: ___December 3, 2019_____